UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L G SOURCING, INC.,

                Plaintiff,

       – *against* –

MAERSK A/S,

                Defendant.

**ORDER**

25-cv-04044 (ER)

Ramos, D.J.:

    L G Sourcing, Inc. brought this action against Maersk A/S on May 14, 2025. Doc. 1. Waiver of service was filed on June 17, 2025. Doc. 6. Since then, there has been no activity in this case.

    L G Sourcing, Inc. is directed to submit a status letter by no later than September 23, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    September 16, 2025
              New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.