

# HILL RIVKINS LLP
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600   Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

October 15, 2025

**Via CM/ECF System**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

Re:   **Joint Letter Request to Adjourn Initial Pretrial Teleconference**
      *L G Sourcing, Inc. v. Maersk A/S*
      SDNY Case No. 25-cv-4044 (ER)
      --------------------------------------------------------------------------------

Dear Judge Ramos:

   We represent Plaintiff L G Sourcing, Inc. in the above-referenced action. Pursuant to section 1(E) of Your Honor's individual rules, we write jointly with counsel for Defendant Maersk A/S to respectfully request a 30-day adjournment of (a) the initial pretrial conference currently scheduled for October 23, 2025 at 10:30 a.m., and (b) the corresponding deadline for the parties to submit their proposed case management plan. This is the first such request.

   The parties are currently exploring the possibility of an early settlement, which if successful would obviate the need for the Court to conduct an initial conference. Accordingly, we respectfully request a short extension to accommodate the parties' negotiations and to conserve judicial resources.

   We thank the Court for its consideration of the foregoing request and stand by ready to answer any questions that the Court may have regarding this action.

               Respectfully submitted,
               HILL RIVKINS LLP

               Justin M. Heilig

The initial conference is adjourned to December 5, 2025, at 10 a.m.  The parties are reminded to call five (5) minutes prior to the conference's start time: (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number.  SO ORDERED.

                                             Edgardo Ramos, U.S.D.J.
                                             Dated: 10/16/2025
                                             New York, New York